

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2014

No. 04-14-00305-CV

**IN THE INTEREST OF S.O.J.P.**, Et al., Children,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01294
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant father J.P. appeals the trial court's termination of his parental rights. Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. In *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, no pet.), we held that in parental-termination appeals, a procedure akin to *Anders* is necessary to best protect the statutory right to counsel on appeal, to provide a procedural mechanism for counsel to fulfill his ethical obligations, to assist the court in deciding appeals, and to provide consistent procedures for all indigent litigants. In compliance with the procedure set out in *Anders*, appellant's attorney has informed appellant of his right to file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to file a *pro se* brief, he must do so **within twenty (20) days** from the date of this order. If appellant files a *pro se* brief, appellee may file a responsive brief no later than twenty days after the date appellant's *pro se* brief is filed in this court. We ORDER the motion to withdraw, filed by appellant's counsel, to be HELD IN ABEYANCE pending further order of the court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court